UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| G.O., | |
|---|---|
| Plaintiff, | Case No. 19-cv-01829-JCS |
| v. | **ORDER GRANTING MOTION FOR ATTORNEY'S FEES UNDER § 406(b)** |
| KILOLO KIJAKAZI, | Re: Dkt. No. 24 |
| Defendant. | |

Sufficient cause having been shown, Plaintiff G.O.'s counsel's motion to approve payment of fees under 42 U.S.C. § 406(b) is GRANTED. Defendant shall pay directly to G.O.'s counsel the $43,430.13 balance that has been withheld from G.O.'s award of past-due benefits, constituting twenty-five percent of the total award. Counsel shall promptly refund to G.O. the $11,000 in fees previously awarded under the Equal Access to Justice Act.

**IT IS SO ORDERED.**

Dated: November 12, 2021

JOSEPH C. SPERO
Chief Magistrate Judge